IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY BUTLER, | Civil No. 3:18-cv-496 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN BALTAZAR, | |
| Respondent | |

## ORDER

**AND NOW**, this 14th day of January, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion (Doc. 11) for injunctive relief is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge